ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
CHRISTINA T. SHAY (Cal. State Bar No. 264528)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0757
    Facsimile: (213) 894-0141
    E-mail: christina.shay@usdoj.gov

Attorneys for Complainant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>VICENTE PONCE VILLANU,<br>T/N VICENTE PONCE VILLASENOR<br><br>A Fugitive from the Government of the Republic of Mexico. | NO. 11-2205M<br><br>[~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S REQUEST FOR DETENTION |

Upon consideration of the request of the United States for the detention of fugitive VICENTE PONCE VILLANU pending extradition proceedings, and good cause therefor appearing,

IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

1. In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also Matter of Extradition of Smyth 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special

circumstances rests upon the fugitive. See, e.g., Salerno, 878 F.2d at 317-18. Here, PONCE VILLANU does not argue that "special circumstances" exist, and the Court finds that no such "special circumstances" exist.

2. The government alternatively requests detention on the grounds that PONCE VILLANU presents an unacceptable risk of (a) flight; and (b) danger to the community, even if such special circumstances were present. In support of its request, the government proffers the sworn extradition complaint, the provisional arrest warrant, and the Pretrial Services report. Based on the allegations in the extradition complaint concerning PONCE VILLANU's offenses in Mexico, the Court finds that PONCE VILLANU poses a potential risk to the safety of the community. Based on the allegations in the extradition complaint concerning PONCE VILLANU'S substantial ties to Mexico and Mexican citizenship, the Court also finds that PONCE VILLANU is a risk of flight, particularly in light of PONCE VILLANU's apparent lack of ties to this District and the likely immigration consequences to PONCE VILLANU based on the offenses alleged.

IT IS SO ORDERED.

9/30/11
DATE

THE HONORABLE VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
CHRISTINA T. SHAY
Assistant United States Attorney

- 2 -